Robert B. MCCULLOUGH, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 51, 2017

Supreme Court of Delaware.

Submitted: March 17, 2017

Decided: May 16, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1408018146 and 1408018135

AFFIRMED.

Michele A. HIGGINS and Terrence S. Higgins, Defendants–Below, Appellants,

v.

The COUNCIL OF the POINTE AT BETHANY BAY CONDOMINIUMS, Plaintiff–Below, Appellee.

No. 394, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: May 17, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 7543

AFFIRMED.

BORGWARNER, INC. and BorgWarner Morse Tec LLC, Defendants Below, Appellants,

v.

FIRST STATE INSURANCE COMPANY, North River Insurance Company, and Owens Corning/Fibreboard Asbestos Personal Injury Trust, Plaintiffs Below, Appellees.

No. 413, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: May 17, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15M–05–009

AFFIRMED.

Claude LACOMBE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 542, 2016

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: May 17, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1201018188 (N)

AFFIRMED.